ROBERT H. SHERWOOD, Respondent, v. MAITLAND E. GRAVES, Appellant.

*Sherwood* v. *Graves*, 83 Hun, 153, affirmed.
(Submitted January 19, 1898; decided February 4, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Julien T. Davies* and *Julien T. Davies, Jr.*, for appellant.

*Frank W. Angel* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

_____

CONRAD HOFFMAN, Respondent, v. THE FITCHBURG RAILROAD COMPANY, Appellant.

*Hoffman* v. *Fitchburg R. R. Co.*, 84 Hun, 144, affirmed.
(Argued January 19, 1898; decided February 4, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the third judicial department, entered February 26, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*T. F. Hamilton* for appellant.

*R. A. Parmenter* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., absent.